IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARK LAUBENTHAL,<br><br>Defendant. | No. **18-CR-3007**<br><br>**INFORMATION**<br><br>Count 1<br>   18 U.S.C. § 1014: Making a False Statement to Obtain a Loan |

The United States Attorney charges:

### Count 1

### Making a False Statement to Obtain a Loan

1. On or about March 3, 2015, in the Northern District of Iowa, defendant knowingly made a false statement and willfully overvalued land, property, or security for the purpose of influencing the action of Farmers Trust and Savings Bank, an institution the accounts of which were insured by the Federal Deposit Insurance Corporation, in connection with an application or loan, in that the defendant represented to Farmers Trust and Savings Bank, on a balance sheet he prepared, signed, and submitted to Farmers Trust and Savings Bank, in which he falsely reported (1) he had crops in storage with an approximate value of $432,040, when in truth and in fact, as the defendant well knew, the actual value of all crops defendant had in storage was an amount substantially lower than that represented to Farmers Trust and Savings Bank; and (2) he owned as assets five pieces of farm

equipment when, in truth and in fact, he did not own the five pieces of farm equipment.

2. This was in violation of Title 18, United States Code, Section 1014.

PETER E. DEEGAN, JR.
United States Attorney

By: *[signature]*

ANTHONY MORFITT
Assistant United States Attorney